[No. 19680–4–I.   Division One.   May 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN MICHAEL ORMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–8–02738–8, John M. Darrah, J., entered December 11, 1986. *Affirmed* by unpublished per curiam opinion.

[No. 20173–5–I.   Division One.   May 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ALFRED DARRELL CALEY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–1–00020–1, Gerald L. Knight, J., entered March 11, 1987. *Dismissed* by unpublished per curiam opinion.

[No. 18143–2–I.   Division One.   May 31, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ALBERT WAYNE WEBB, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 85–1–00601–8, Frank J. Eberharter, J., entered September 9, 1985. *Affirmed* by unpublished opinion per Scholfield, C.J., concurred in by Williams and Coleman, JJ.

[Nos. 20538–2–I; 20539–1–I;   Division One.              May 31, 1988.]
     20540–4–I; 20541–2–I.

THE STATE OF WASHINGTON, *Respondent,* v. TOBY VERNON JOHNSON, *Appellant.*

Appeals from a judgment of the Superior Court for Snohomish County, No. 22187R120, Stuart C. French, J., entered April 27, 1987. *Affirmed* and *remanded with instructions* by unpublished opinion per Scholfield, C.J., concurred in by Swanson and Winsor, JJ.